THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 Fred Freeman, Appellant,
 
 
 
 
 

v.

 
 
 
 
 South Carolina Department
 of Corrections, Respondent.
 
 
 
 
 

Appeal From Administrative Law Court
  Marvin F. Kittrell, Administrative Law Court
Judge

Unpublished Opinion No. 2010-UP-371
 Submitted June 1, 2010  Filed July 21,
2010    

AFFIRMED

 
 
 
 Fred Freeman, pro se, for Appellant.
 Christopher D. Florian, of Columbia, for
 Respondent.
 
 
 

PER CURIAM: Fred
 Freeman appeals the Administrative Law Court's (ALC) order affirming the South
 Carolina Department of Corrections' (the Department) denial of his grievance. 
 He argues his due process
 rights were violated because the Department (1) denied him access to the
 courts; (2) misappropriated funds in his E.H. Cooper Trust Account; and (3)
 deprived him of hygiene kits.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authority: Sanders v.
 S.C. Dep't of Corr., 379 S.C. 411, 417, 665 S.E.2d 231, 234 (Ct. App.
 2008) (explaining that in an appeal from the final decision of an
 administrative agency, this court shall not substitute its judgment for that of
 the ALC as to findings of fact; however, it "may reverse or modify
 decisions which are controlled by error of law or are clearly erroneous in view
 of the substantial evidence on the record as a whole"); Id. ("In
 determining whether the AL[C]'s decision was supported by substantial evidence,
 this court need only find, considering the record as a whole, evidence from
 which reasonable minds could reach the same conclusion that the AL[C] reached.");
  Id.  ("The mere possibility of drawing two inconsistent
 conclusions from the evidence does not prevent a finding from being supported
 by substantial evidence.").   
AFFIRMED.
FEW, C.J., KONDUROS, and
 GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.